Robert E. MOODY, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 05–7017.

United States Court of Appeals,
Federal Circuit.

April 19, 2005.

*ORDER*

Upon consideration of Robert E. Moody's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

William Aaron JACKSON,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5157.

United States Court of Appeals,
Federal Circuit.

April 22, 2005.

ORDER

Appellant having paid the initial docketing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The United States should calculate its due date for filing its brief from the date of filing of this order.